United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-3265

United States of America,       *

                                       *

      Appellee,               *

                                       *   Appeal from the United States

     v.                      *   District Court for the

                                     *   Eastern District of Missouri.

Roy C. Bowens,              *     [UNPUBLISHED]

                                       *

      Appellant.            *

_____

Submitted: February 5, 1998
Filed: February 10, 1998
_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

In 1994 Roy C. Bowens pleaded guilty to possessing cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), and to using and carrying a firearm during a drug-trafficking offense, in violation of 18 U.S.C. § 924(c)(1). After Bowens moved under 28 U.S.C. § 2255 to set aside his firearm conviction in light of <u>Bailey v. United States</u>, 516 U.S. 137, 143-44 (1995) (defining "use" prong of § 924(c)(1)), the district court[1] granted the motion, imposed a two-level enhancement under U.S.

---

[1]The Honorable George F. Gunn, Jr., United States District Judge for the Eastern District of Missouri.

Sentencing Guidelines Manual § 2D1.1(b)(1) (1997) (add 2 levels if dangerous weapon, including firearm, was possessed), and resentenced Bowens to 82 months imprisonment and five years supervised release.  Bowens appeals, arguing the court lacked jurisdiction to resentence him on the unchallenged drug conviction.  Because Bowens's argument is foreclosed by United States v. Harrison, 113 F.3d 135, 137-38 (8th Cir. 1997), we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.